# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

NOV - 2 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CR 17    563 VC

DOUGLAS PIPPERT,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 2251(a) - Child Exploitation
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

---

A true bill.

_____
Foreman

Filed in open court this ___2___ day of Nov. 2017

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

18 U.S.C. § 2251(a) - Child Exploitation
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** see attached sheet

### DEFENDANT - U.S.

▶ DOUGLAS PIPPERT

**DISTRICT COURT NUMBER:** CR 17 563 VC

FILED NOV 2 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

### PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form:** BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** Meredith B. Osborn

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    **Bail Amount:** NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Defendant Address:** _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Date/Time:** _____  **Before Judge:** _____

**Comments:**

## United States v. Douglas Pippert
Penalty Sheet Attachment

**Count 1: 18 U.S.C. § 2251(a) & (e) (Sexual Exploitation of Children w/ qualifying prior conviction)**

Maximum Penalties (Class B felony):

| | |
|---|---|
| Minimum prison term: | 25 years imprisonment |
| Maximum prison term: | 50 years imprisonment |
| Maximum supervised release term: | lifetime (mandatory minimum 5 years) |
| Maximum fine: | $250,000 fine |
| Restitution: | Determined by the Court |
| Mandatory special assessment: | $100 |

**Count 2: 18 U.S.C. § 2252(a)(4)(B) & (b)(2) – (Possession of Child Pornography w/ qualifying prior conviction)**

Maximum Penalties (Class C felony):

| | |
|---|---|
| Minimum prison term: | 10 years |
| Maximum prison term: | 20 years |
| Maximum supervised release term: | lifetime (mandatory minimum 5 years) |
| Maximum fine: | $250,000 |
| Mandatory special assessment: | $100 |
| Restitution: | Determined by the court |

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3
                                                                                    FILED
4
                                                                                 NOV - 2 2017
5
                                                                               SUSAN Y. SOONG
6                                                                         CLERK, U.S. DISTRICT COURT
                                                                       NORTHERN DISTRICT OF CALIFORNIA
7

8
                              UNITED STATES DISTRICT COURT
9
                             NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,              )   No. CR 17 _ 563  VC
                                           )
13        Plaintiff,                       )   VIOLATIONS:
                                           )
14     v.                                  )   18 U.S.C. § 2251(a) – Production of Child
                                           )   Pornography;
15  DOUGLAS PIPPERT,                       )   18 U.S.C. § 2252(a) – Possession of Child
                                           )   Pornography;
16        Defendant.                       )   18 U.S.C. § 2253(a)(4)(B) – Criminal Forfeiture
                                           )
17                                         )   SAN FRANCISCO VENUE
                                           )
18                                         )
                                           )
19  ─────────────────────────────

                                    I N D I C T M E N T
20

21  The Grand Jury charges:

22  COUNT ONE:         (18 U.S.C. § 2251(a) and (e) – Production of Child Pornography)

23        Beginning on a date unknown and continuing until at least March 12, 2016, in the Northern

24  District of California, the defendant,

25                                         DOUGLAS PIPPERT,

26  did knowingly employ, use, persuade, induce, entice, and coerce a minor, known here as Minor one, to

27  engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct,

28

INDICTMENT
                                                2

and any visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, violation of Title 18, United States Code, Section 2251(a) and (e).

COUNT TWO:         (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

Beginning on a date unknown, but continuing through on or about March 12, 2016, in the Northern District of California, the defendant,

DOUGLAS PIPPERT,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by a means and facility of interstate and foreign commerce, including by computer, the production of which involved the use of a minor who had not attained 12 years of age, engaging in sexually explicit conduct, which visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

FORFEITURE ALLEGATION:         (18 U.S.C. § 2253(a) – Forfeiture)

1.  The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853.

2.  Upon conviction of any offenses alleged in Counts One and Two, the defendant,

DOUGLAS PIPPERT,

shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States of America:

   a.  Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

INDICTMENT

3

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

DATED: 11/2/17

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____ (Hallie Hoffman for)
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____)
                          AUSA MEREDITH OSBORN

INDICTMENT

4