UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 17-00563 |
| | ) | |
| Plaintiff, | ) | STIPULATED ORDER EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | **FILED** |
| | ) | |
| | ) | DEC - 8 2017 |
| Douglas Pippert | ) | |
| *Defendant.* | ) | SUSAN Y. SOONG |
| | | CLERK, U.S. DISTRICT COURT |
| | | NORTHERN DISTRICT OF CALIFORNIA |

For the reasons stated by the parties on the record on December 8 , 2017, the Court excludes
time under the Speedy Trial Act from December 8 , 2017 to January 5 , 2018 and
finds that the ends of justice served by the continuance outweigh the best interest of the public
and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this
finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the
number of defendants, _____ the nature of the prosecution, or _____ the existence of
novel questions of fact or law, that it is unreasonable to expect adequate preparation for
pretrial proceedings or the trial itself within the time limits established by this section. *See*
18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain
counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §
3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity
of counsel, given counsel's other scheduled case commitments, taking into account the
exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_X_ Failure to grant a continuance would unreasonably deny the defendant the
reasonable time necessary for effective preparation, taking into account the exercise of due
diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _12 | 8 | 17_

_____
SALLIE KIM
United States Magistrate Judge

STIPULATED: _____
Attorney for Defendant

_____
Assistant United States Attorney