ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)

    Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00563 VC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **RESTITUTION ORDER** |
| DOUGLAS PIPPERT, | |
| Defendant. | |

    Based upon the parties' stipulation, IT IS HEREBY ORDERED that Defendant Douglas Pippert shall pay restitution to D.H in the amount of $270. The Court will issue a judgment that reflects the restitution order. The restitution is due immediately, and the balance due must be paid in monthly payments of not less than $50 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from the date of this order.

    Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if the defendant has the ability to pay more than the minimum due. All criminal monetary

//
//

payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

DATED: October 22, 2018

VINCE G. CHHABRIA
United States District Judge